## Commonwealth ex rel. Wilcox, Appellant, *v.* Wilcox.

Argued June 13, 1969.

*Cecil B. Moore,* for appellant; *Sadie T. M. Alexander,* for appellee.

Order affirmed.

SPAULDING, J., absent.